■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERTO S. MERCURI, Appellant.— Order unanimously reversed and matter remitted to Oneida County Court for a hearing in accordance with the following memorandum: Upon the appeal from the judgment of conviction (27 A D 2d 705) the record and defendant's claim of his inability to comprehend the nature and impact of the proceedings, were not in such form as to permit the court to give full consideration thereto. Under the broad powers of this court and based on the peculiar facts of this case, petitioner's allegations in this *coram nobis* application that his plea of guilty was not voluntarily made because of his inability to understand the English language, coupled with the alleged coercive insistence of his counsel that he enter such a plea, are sufficient to raise a triable issue as to the voluntariness of his plea. This issue should be resolved at a hearing (*People* v. *Rodriguez,* 34 A D 2d 731). (Appeal from order of Oneida County Court, denying, without a hearing, motion to vacate judgment of conviction for murder, second degree, rendered January 28, 1966.) Present — Goldman, ·P. J., Gabrielli, Moule, Cardamone and Henry, JJ.

■ In the Matter of ALLEN L. FRYER, Appellant, v. BROOME COUNTY BOARD OF SUPERVISORS et al., Respondents.— Judgment unanimously affirmed, without costs. Memorandum: Petitioner-appellant was given notice by letter dated November 21, 1966 that his services as Clerk of the Broome County Family Court would be terminated as of December 31, 1966. The four-month period of limitation provided for in CPLR 217 begins running at the effective date of dismissal (*Matter of McDermott* v. *Johnson,* 2 N Y 2d 608; *Matter of Devens* v. *Gokey,* 12 A D 2d 135, 137). Thus, any action commenced subsequent to May 1, 1967 is time barred. Petitioner did not commence the instant proceeding until December 11, 1968, 20 months after the statute had run. Such unreasonable delay by petitioner-appellant in instituting this article 78 proceeding also constitutes laches (*Matter of Central School Dist. No. 2* v. *New York State Teachers' Retirement System,* 27 A D 2d 265, affd. 23 N Y 2d 213). (Appeal from judgment of Broome Special Term, dismissing petition for reinstatement, transferred by order of Appellate Division, Third Department.) Present — Goldman, P. J., Gabrielli, Moule, Cardamone and Henry, JJ.